# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| PENELOPE BOND, individually and as Executrix of the Estate of Dan M. Bond,<br><br>    Plaintiffs,<br><br>v.<br><br>AMERICAN EXPRESS COMPANY,<br><br>    Defendant. | CIVIL ACTION NO.:  1:17-cv-00461-WS-C |

## JOINT STIPULATION FOR DISMISSAL

The parties, having made a full and complete settlement among themselves, hereby stipulate that this action may be dismissed, with prejudice, the parties to bear their respective costs of court.

Respectfully submitted:

**\*\*with permission**

**s/ Matthew W. Robinett\*\***
MATTHEW W. ROBINETT (ASB-3523-172M)
mrobinett@nwkt.com
NORMAN, WOOD, KENDRICK & TURNER
Ridge Park Place, Suite 3000
1130 22nd Street South
Birmingham, AL 35205
PH: (205) 328-6643; FX: (205) 251-5479
*Counsel for Defendant*

**s/Lawrence M. Wettermark**
LAWRENCE M. WETTERMARK (WETTL2146)
lwettermark@gallowayllp.com
MELISSA P. HUNTER   (HUNTM3367)
mhunter@gallowayllp.com
EDWARD A. HYNDMAN, JR. (HYNDE2930)
eah@aol.com
GALLOWAY, WETTERMARK & RUTENS, LLP
Post Office Box 16629
Mobile, Alabama  36616-0629
PH: (251)476-4493; FX: (251)479-5566
*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 19th day of June, 2018, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notification of such filing to the following:

Matthew W. Robinett, Esq.

**s/Lawrence M. Wettermark**