IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| PENELOPE BOND, individually and as Executrix of the Estate of Dan M. Bond, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CIVIL ACTION 17-0461-WS-C ) |
| AMERICAN EXPRESS COMPANY, | ) ) |
| Defendant. | ) ) |

ORDER

This matter comes before the Court on the Joint Stipulation for Dismissal (doc. 24), signed by all parties, by and through their respective counsel. The Stipulation reflects that the parties have reached a full and complete settlement among themselves and now mutually consent to the dismissal with prejudice of this action in its entirety, with each side to bear her or its own costs.

Pursuant to Rule 41(a)(1)(A)(ii), Fed.R.Civ.P., a plaintiff may dismiss her action without a court order by filing a stipulation of dismissal signed by all parties that have appeared. The Stipulation satisfies the requirements of Rule 41(a)(1)(A)(ii), and is therefore effective as filed. Accordingly, it is **ordered** that this action is **dismissed with prejudice**, with each party to be responsible for bearing her or its own costs.

DONE and ORDERED this 19th day of June, 2018.

s/ WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE